IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE HIBBS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No.: 2:15-cv-00456-MPK |
| | ) |
| VERDE ENERGY USA, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: May 29, 2015

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 29th day of May, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

      Kevin P. Allen, Esq.
      Eckert, Seamans, Cherin & Mellott, LLC
      U.S. Steel Tower
      600 Grant St., 44th Floor
      Pittsburgh, PA 15219
      kpallen@eckertseamans.com

                                        */s/ Craig Thor Kimmel*
                                        Craig Thor Kimmel, Esquire
                                        Attorney ID # 57100
                                        Kimmel & Silverman, P.C
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Facsimile: (215) 540-8817
                                        Email: kimmel@creditlaw.com
                                        Attorney for Plaintiff